# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-3114 |
| § | |
| $14,243.00 IN U.S. CURRENCY, *et al*., § | |
| § | |
| Defendants. § | |

## ORDER

The Joint Motion to Extend Stay filed by the United States of America and Matthew Russell is granted. This case is stayed and administratively closed through September 30, 2014. The case may be restored to the active docket on motion filed by either party no later than **September 30, 2014**.

SIGNED on June 10, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge